**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**TRAVIS HOMER ELLIS, JR**                                **PLAINTIFF**
**ADC # 551269**

**V.**            **CASE NO. 5:16-CV-00373 SWW/BD**

**JACOB RAWSON, et al.**                                  **DEFENDANTS**

## ORDER

The Court has received a Partial Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. After careful review of the Recommendation, Defendants' timely objections,[1] as well as a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Defendants' motion to dismiss (#9) is GRANTED, in part, and DENIED, in part. Mr. Ellis's claims against Defendants in their official capacities are DISMISSED, with prejudice. Mr. Ellis may proceed on his claims against Defendants in their individual capacities.

IT IS SO ORDERED, this 28th day of March, 2017.

                                                                 /s/Susan Webber Wright
                                                        UNITED STATES DISTRICT JUDGE

---

[1] Defendants Rawson and Kirtley object to the recommended disposition, arguing for the **first time** that they are entitled to qualified immunity. Defendants may assert the defense of qualified immunity in a separate motion, but the affirmative defense cannot be raised by way of objections to partial recommendations that address completely separate issues.