# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**TRAVIS HOMER ELLIS, JR**
**ADC # 551269**                                                              **PLAINTIFF**

**V.**                    **CASE NO. 5:16-CV-00373 SWW/BD**

**JACOB RAWSON, et al.**                                                      **DEFENDANTS**

## ORDER

The Court has received a Partial Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. After careful review of the Recommendation, Mr. Ellis's timely objections, as well as a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Defendants' second motion to dismiss (#24) is DENIED

IT IS SO ORDERED, this 29th day of June, 2017.

                                                  /s/Susan Webber Wright
                                       UNITED STATES DISTRICT JUDGE