IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TRAVIS HOMER ELLIS, JR                                          PLAINITIFF
ADC # 551269

V.                          CASE NO. 5:16-CV-373-SWW-BD

JACOB RAWSON, et al.                                            DEFENDANTS

## ORDER

The Court has received a Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. After careful review of the Recommendation, Mr. Ellis's timely objections, as well as a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Defendants' motion for summary judgment on the issue of exhaustion (#40) is GRANTED. Mr. Ellis's motion for summary judgment (#50) is DENIED, as moot.

This lawsuit is DISMISSED, without prejudice, based on Mr. Ellis's failure to exhaust his administrative remedies.

IT IS SO ORDERED, this 6th day of December, 2017.


    /s/ Susan Webber Wright
    UNITED STATES DISTRICT JUDGE