IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**TRAVIS HOMER ELLIS, JR**     **PLAINITIFF**
**ADC # 551269**

V.     CASE NO. 5:16-CV-373-SWW-BD

**JACOB RAWSON, et al.**     **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered on this day, this case is DISMISSED.

Dated this 6th day of December, 2017.

    /s/ Susan Webber Wright
    UNITED STATES DISTRICT JUDGE